

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2019

No. 04-18-00714-CV

**ESTATE OF JOANNE COOKSEY FRIEND, DECEASED,**

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellant's brief was originally due December 31, 2018. We granted appellant an extension of time until January 30, 2019, to file the brief. Neither the brief nor a motion for extension of time has been filed.

We **order** appellant, Suzanne Friend Johnston, to file, **by February 19, 2019,** appellant's brief and a written response reasonably explaining her failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court